UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY BARRILLEAUX | * | |
| Plaintiff, | * | CIVIL ACTION |
| VERSUS | * | NO. |
| UNION PACIFIC RAILROAD COMPANY | * | SECTION " " |
| Defendant. | * | MAGISTRATE: |

* * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

The Complaint of Larry Barrilleaux, a person of the full age of majority, and a resident of Belle Chasse, Louisiana, respectfully represents the following:

**I.**

Defendant, Union Pacific Railroad Company, (hereinafter referred to as "Union Pacific") is a corporation duly organized and existing under the laws of the State of Delaware authorized to do and doing business in the Eastern District of Louisiana, State of Louisiana.

**II.**

This is an action arising under the provisions of the Federal Employers' Liability Act, 45 U.S.C., Sec. 51, et seq., to recover damages for personal injuries sustained by Plaintiff while employed by Defendant, Union Pacific, and while engaging in interstate commerce.

**III.**

Jurisdiction of this Honorable Court is conferred by 28 U.S.C. 1337.

**IV.**

At all times material hereto, Plaintiff is and/or has been an employee of Defendant Union Pacific and its predecessor corporations, for which Defendant is liable, and the injuries and damages sustained by Plaintiff, as hereinafter set forth, were sustained by Plaintiff while engaged in the course of his employment duties, and in furtherance of interstate commerce and directly or closely and substantially affecting such commerce.

**V.**

Defendant, Union Pacific, is and was at all times mentioned herein, a common carrier by railroad; owning, operating, and maintaining in interstate commerce, a railway system, involving railroad tracks and facilities located throughout the State of Louisiana.

**VI.**

On or about March 9, 2011, Plaintiff was in the usual and customary performance of his duties as a switchman working for Defendant Union Pacific at its Avondale Yard in Avondale, Louisiana.

**VII.**

On said date, Plaintiff was pulling pins on the switching lead north of Track 14. As Plaintiff was performing this task, he stepped in to pull a pin and stepped into a deep depression in the walkway alongside the track, twisting and sustaining injuries to his right knee, inter alia.

**VIII.**

The aforesaid injuries were incurred as a result of Union Pacific's negligent conduct on that date.

**IX.**

Plaintiff's injuries were caused in whole or in part by the negligence of Defendant generally and in the following particulars:

(a) In failing to use reasonable care to provide Plaintiff a reasonably safe place in which to work;

(b) In failing to comply with the applicable government regulations;

(c) In failing to use ordinary care to furnish Plaintiff with a reasonably safe place to work and to perform the duties of his employment by failing to provide adequate assistance to Plaintiff while he was required to work in unsafe and working conditions;

(d) In failing to use ordinary care to furnish Plaintiff with a reasonably safe place to work by failing to inspect, maintain and repair unsafe walking conditions in its switching yard;

(e) In failing to exercise reasonably safe methods for work when Defendant knew or in the exercise of ordinary care should have known of such unsafe working conditions, and that such condition was reasonably likely to cause substantial harm;

(g) In failing to provide reasonably adequate supervision to ensure that safe conditions and methods of work were available and Defendant knew, or in the exercise of ordinary care should have known thereof and that such condition would likely cause substantial harm;

(h) In failing to provide reasonably adequate assistance, manpower, and time for work and/or breaks when Defendant knew, or in the exercise of ordinary care should have known of such unsafe working conditions, and that

     such conditions were reasonably likely to cause substantial harm;

(i) In failing to employ and require safe working practices, particularly those in connection with immediately inspecting and repairing holes, ruts and depressions caused by railroad machines and equipment working in the areas where switching employees are required to work before requiring them to work in such areas; and

(n) In negligently failing to use due care and caution required under the circumstances and in negligently assigning Plaintiff to duties beyond his physical limits and restrictions.

## X.

As a direct result of the negligence of Defendant, Plaintiff suffered severe and painful injuries and has physical limits and restrictions regarding his right knee, *inter alia*. Sine the injury of March 9, 2011, Plaintiff has experienced and endured pain, and may for an indefinite period of time in the future experience and endure pain, suffering, inconvenience, irritation, annoyance, limits, restrictions, impairment of his body; has incurred mental pain and anguish, past and future; has incurred and will incur further medical expenses associated with the treatment of his knee; has been placed at risk for further injury; has suffered the loss of the ability to engage in his usual activities and occupation, the impairment of his earnings and earning capacity, the impairment of his general health, strength and vitality, and the loss of the ability to enjoy the various pleasures of life.

**WHEREFORE**, Plaintiff, Larry Barrilleaux, prays that Defendant, Union Pacific Railroad Company, be duly served with a copy of this Complaint and that after due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Larry Barrilleaux, and against Defendant, Union Pacific Railroad Company, for all damages reasonable in the premises, together with legal interest thereon from date of judgment, until paid, and for all costs of these proceedings.

        Respectfully submitted,

        **ROME, ARATA, BAXLEY & STELLY, L.L.C.**

        /s/ Blake G. Arata, Jr.
        BLAKE G. ARATA, JR., Bar No. 1697
        C. PERRIN ROME, III, Bar No. 17774
        W. CHAD STELLY, Bar No. 21140
        650 Poydras Street, Suite 2017
        New Orleans, Louisiana  70130
        Telephone: (504) 522-9980
        Facsimile: (504) 522-9971
        E-mail:  barata@romearata.com
        Attorneys for Plaintiff, Larry Barrilleaux

**PLEASE SERVE:**

**UNION PACIFIC RAILROAD COMPANY**
through its Agent for Service of Process:
CT Corporation Systems
5615 Corporate Blvd., Suite 400B
Baton Rouge, Louisiana  70808